**FILED**
June 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Joseph Hinojos_____
DEPUTY

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS.      PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br>Luis Raul MUNIZ | **CRIMINAL COMPLAINT**<br><br>**Case Number:  PE: 26-MJ-216** |

I. the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____6/5/2026_____ in _____Brewster_____ County, in the _____Western District Of Texas_____ defendant(s) did, knowing and in reckless disregard of the fact that an alien. has come to, entered, and remained in the United States in violation of law, did transport and move or attempt to transport and move such alien within the United States in furtherance of such violation of law.

in violation of Title _____8_____ United States Code, Section(s) _____1324(a)(1)(A)(ii)_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Complaint sworn to in my presence and signed electronically on this date.
FE D.R.CRIM.P. 4.1(b)(2)(A)

Signature of Complainant

Eric Valenzuela
Printed Name of Complainant

6/9/2026
Date

at  Pecos, TX
City/State

David Fannin            U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Luis Raul MUNIZ


FACTS    (CONTINUED)



Immigration History:
None Found

Criminal History:
None Found

## AFFIDAVIT

On June 5, 2026, Border Patrol Agents assigned to the Highway 385 Border Patrol Checkpoint, located approximately five miles south of Marathon, Texas, conducted an immigration inspection resulting in the arrest of three individuals. The checkpoint is located in Brewster County, Western District of Texas, in a remote area frequently used for smuggling.

At approximately 2:00 a.m., a silver 2008 GMC Yukon XL, registered to Luis Raul Muniz of Muleshoe, Texas, entered the checkpoint. Agents observed the vehicle approaching slowly and questioned the occupants regarding their citizenship. The driver, Mr. Muniz, a Permanent Resident, stated he was visiting Big Bend National Park but had not spent much time there. He further claimed he picked up the passengers after seeing them walking on the side of the road.

Both passengers were asleep and had to be awakened. When questioned, one passenger had dried mud on his shoes and pants and stated he had been hiking for several days. Both passengers admitted to being citizens of Mexico without proper documentation to reside, work, or travel in the United States.

A post-Miranda interview was conducted at the Alpine Processing Center. Mr. Muniz admitted he traveled to Big Bend National Park with the intention of picking up and transporting his brother and his brother's pregnant girlfriend to his residence in Muleshoe, Texas, knowing they were unlawfully present in the United States.

Mr. Muniz consented to a search of his cell phone and admitted to deleting incriminating conversations and call logs. He also claimed ownership of a Keltec 9MM pistol found in the rear cargo area of the vehicle.

I make this affidavit based on my personal knowledge and information furnished to me by other law enforcement officers.

Eric I. Valenzuela
Border Patrol Agent

David B. Fanin
United States Magistrate Judge